**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| STEPHAN J. MIRACH, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 3:23-cv-1089 |
| ) | |
| THE CITY OF LOGANSPORT, INDIANA; ) | |
| CHIEF OF POLICE TRAVIS YIKE ) | |
| DEPARTMENT; ) | |
| OFFICER BRANSON EBER; ) | |
| THE COUNTY OF CASS; ) | |
| ED SCHROEDER or Current Sheriff; and ) | |
| OTHER unknown officers and personnel of the ) | |
| Cass County Sheriff's Dept. ) | |
|     Defendants. ) | |

## <u>NOTICE OF REMOVAL</u>

Defendants Ed Schroeder and The County of Cass, by counsel CRIST, SEARS & ZIC, LLP, respectfully show the Court as follows:

1.	On November 15, 2023, Plaintiff filed his Complaint for Damages in Cass Superior Court under Cause Number 09D01-2311-CT-44, asserting claims under federal law against Defendant.

2.	Specifically, Plaintiff's Complaint alleges violations of the Fourth Amendment to the United States Constitution and requests relief under 42 U.S.C. § 1983 and 42 U.S.C. § 1988.

3.	Defendants were served by certified mail on or after December 1, 2023.

4.	As a claim under the federal law of the United States has been made, this matter is removable under 28 U.S.C. § 1441(a), since the matter falls within the Court's federal question jurisdiction under 28 U.S.C. § 1331.

5.	Pursuant to 28 U.S.C. §1446, this Notice of Removal was filed within the thirty (30) day time period after service on Defendants and is therefore timely filed

6.     All pleadings served upon the Defendants are attached hereto as Exhibit A.

7.     Counsel for all other Defendants have consented to this removal, and said consent is attached hereto as Exhibit B.

8.     Defendants desire the removal of this lawsuit from state court to the United States District Court, Northern District of Indiana, South Bend Division.

9.     Defendants are contemporaneously filing a copy of this Notice of Removal with the Clerk of the Cass Superior Court, sitting in Logansport, Cass County, Indiana.

WHEREFORE, Defendants Ed Schroeder and The County of Cass, by counsel CRIST, SEARS & ZIC, LLP, respectfully request that this lawsuit be removed from Cass Superior Court to this Court.

Respectfully submitted,

/s/ Jacquelyn S. Pillar
Michael D. Sears, #2108-45
Jacquelyn S. Pillar, #25051-64
CRIST, SEARS & ZIC, LLP
11051 Broadway, Suite C
Crown Point, IN 46307
(219) 836-0200
msears@cszlegal.com;
jpillar@cszlegal.com;
Attorneys for Defendants
Ed Schroeder and The County of Cass

## CERTIFICATE OF SERVICE

I certify that on the 20th day of December, 2023, service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein using the CM/ECF Filing and/or by depositing the same in the United States Mail with sufficient first-class postage affixed.

/s/ Jacquelyn S. Pillar
CRIST, SEARS & ZIC, LLP

2